IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALBERTO RODRIGUEZ                                                        PETITIONER
Reg. No. 14533-424

v.                                     Case No. 2:22-cv-00248-KGB

JOHN P. YATES                                                            RESPONDENT

## ORDER

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 18). Plaintiff Alberto Rodriguez has not filed objections, and the time to do so has passed. As of February 22, 2024, Rodriguez was not incarcerated with the Federal Bureau of Prisons. *Fed. Bureau of Prisons, Find an Inmate: BOP Register Number 14533-424*, https://www.bop.gov/inmateloc/ (last visited Mar 17, 2026). After careful consideration, the Court adopts the Recommendation, in part, as this Court's findings. The Court adopts the rationale in the Recommendation and dismisses with prejudice Rodriguez's petition for writ of *habeas corpus* (Dkt. No. 1). The Court declines to adopt the Recommendation's language regarding a certificate of appealability. *See Langella v. Anderson*, 612 F.3d 938, 939 (8th Cir. 2010) (reviewing a 28 U.S.C. § 2241 petition and finding that a certificate of appealability is not required for a federal prisoner to appeal the denial of a petition under § 2241).

It is so ordered this 17th day of March, 2026.

Kristine G. Baker
Chief United States District Judge